**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 00-7484

———————

MEL MADOU DUKULY,

Plaintiff - Appellant,

versus

WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY;
WILLIAM GROCE, sued under color of state law
and in his individual capacity; C. WALLS, De-
tective, #1398, sued in his official and indi-
vidual capacity; PRINCE GEORGE'S COUNTY POLICE
DEPARTMENT, sued as a municipality county gov-
ernment in the state of Maryland,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-99-
1694-AMD)

———————

Submitted: February 22, 2001          Decided: March 1, 2001

———————

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Mel Madou Dukuly, Appellant Pro Se.  Jeffrey Peabody Ayres, Robin Bruckmann Bowerfind, VENABLE, BAETJER & HOWARD, Baltimore, Maryland; Sean Daniel Wallace, John Anthony Bielec, Shalisha Hines Ivy, Rhonda Lee Weaver, COUNTY ATTORNEY'S OFFICE, Upper Marlboro, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mel Madou Dukuly appeals the district court's order dismissing this 42 U.S.C.A. § 1983 (West Supp. 2000) action.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Dukuly v. Woodmen of the World Life Ins. Soc'y, No. CA-99-1694-AMD (D. Md. Sept. 18, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED